**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1104**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

LARRY DARNELL HILL, JR.,

              Defendant - Appellant,

     and

HILLBOY'S ENTERTAINMENT, a/k/a Larry Hill, - Hillboy's Entertainment, d/b/a Hill's Tax Service; CRYSTAL DENISE DICKENS,

              Defendants.

**No. 19-2268**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

LARRY D. HILL, JR.,

              Defendant - Appellant,

     and

HILLBOY'S ENTERTAINMENT, a/k/a Larry Hill, Hillboy's Entertainment, d/b/a Hill's Tax Service; CRYSTAL DENISE DICKENS,

        Defendants.

———————————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-cv-00366-D)

———————————

Submitted:  January 23, 2020                Decided:  January 27, 2020

———————————

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Larry D. Hill, Jr., Appellant Pro Se.  Julie Ciamporcero Avetta, Thomas J. Clark, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Larry Darnell Hill, Jr., appeals the district court's orders permanently enjoining him from preparing and filing federal tax returns, pursuant to 26 U.S.C. §§ 7402, 7407, 7408 (2018), and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hill*, No. 5:17-cv-00366-D (E.D.N.C. filed Jan. 7 & 8, 2019 & entered Jan. 8, 2019; Aug. 21, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
